**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6509**

———————

HARTMUT GRAEWE,

           Petitioner - Appellant,

     v.

WARDEN TERRY O'BRIEN,

           Respondent - Appellee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:12-cv-00103-IMK-JSK)

———————

Submitted: August 22, 2013       Decided: August 26, 2013

———————

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Hartmut Graewe, Appellant Pro Se. Helen Campbell Altmeyer, Jarod James Douglas, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hartmut Graewe, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2013) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Graewe v. O'Brien, No. 1:12-cv-00103-IMK-JSK (N.D.W. Va. Feb. 25, 2013). We deny Graewe's motion for the appointment of counsel and the application to proceed in forma pauperis he filed with regard to the motion for counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED